1  **CANDIS MITCHELL**
   California State Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Candis_Mitchell@fd.org

5  Attorneys for Mr. Rojas-Roque

8             UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,     ) Case No. 08MJ2613
   |                               )
12 |         Plaintiff,            )
   |                               )
13 | v.                            )
   |                               ) **NOTICE OF APPEARANCE**
14 | **VICTOR MANUEL ROJAS-ROQUE,**    )
   |                               )
15 |                               )
   |         Defendant.            )
16 |_____)

17       Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
19 in the above-captioned case.

20                                  Respectfully submitted,

22 Dated: August 28, 2008           /s/ *Candis Mitchell*
                                    **CANDIS L. MITCHELL**
23                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Rojas-Roque
24                                  Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  August 28, 2008      */s/ Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Candis_Mitchell@fd.org